John G. McCarthy (JM-2635)
BAINTON McCARTHY LLC
*Attorneys for Plaintiff*
English Boiler & Tube Inc.
26 Broadway, Suite 2400
New York, New York 10004
(212) 480-3500



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
ENGLISH BOILER & TUBE, INC.,                   :

             Plaintiff,     :          08 Civ.

   - against -                                   :          FED. R. CIV. P. 7.1 STATEMENT

OPTIMIRA ENERGY, INC.,                         :

             Defendant.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

      Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiff English Boiler & Tube, Inc. certifies that English Boiler & Tube, Inc. has no parent corporation and that there is no publicly held corporation that owns 10% or more of its stock.

Dated: New York, New York
       April 15, 2008

                              BAINTON McCARTHY LLC

                              By: _____
                                  John G. McCarthy (JM-2635)

*Attorneys for Plaintiff*
English Boiler & Tube, Inc.
26 Broadway, Suite 2400
New York, New York 10004-1840
(212) 480-3500