# United States District Court

JUDGE KOELTL

**SOUTHERN** DISTRICT OF **NEW YORK**

ENGLISH BOILER & TUBE, INC.

V.

OPTIMIRA ENERGY, INC.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 08 CIV 3605

TO: (Name and address of defendant)

Optimira Energy, Inc.
60 East 42nd Street, Suite 3405
New York, New York 10165

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John G. McCarthy (JM-2635)
BAINTON MCCARTHY LLC
26 Broadway, Suite 2400
New York, New York 10004-1840

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                         APR 15 2008

CLERK                                       DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me¹ | DATE 4-16-2008 |
| NAME OF SERVER (PRINT) Garfield Blackwood | TITLE Office Clerk |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served Registered Agent CT Corporation System, 111 8th Avenue New York, NY 10011 Left with Sattie Jairat, Process Inspector

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/16/2008
               Date

Signature of Server

26 Broadway, Suite 2400 NY NY 10004
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.