# UNITED STATES DISTRICT COURT

DISTRICT OF

English Boiler & Tube, Inc.

v.

Optimira Energy, Inc.

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

Date

Signature

Print Name                                                                 Bar Number

Address

City                              State                          Zip Code

Phone Number                                                          Fax Number