```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
ENGLISH BOILER & TUBE, INC.,                    :

                                Plaintiff,      :

        - against -                             :

OPTIMIRA ENERGY, INC.,                          :

                                Defendant.      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

08 Civ. 3605 (JGK)

ECF Case

**ORDER TO SHOW CAUSE
FOR DEFAULT JUDGMENT**

        Upon the attached declaration of John G. McCarthy, executed on May 29,

2008 and all prior pleadings and proceedings heretofore had herein, it is hereby

        ORDERED that the Defendant Optimira Energy, Inc. ("Optimira") SHOW

CAUSE before this Court, in Room 12B, United States Courthouse, 500 Pearl Street,

New York, New York, on _____June 27_____, 2008 at _10_ o'clock _A.M._ or as

soon thereafter as counsel may be heard, why an order for default judgment should not be

issued pursuant to Rule 55 of the Federal Rules of Civil Procedure; and it is further

        ORDERED that Optimira is hereby advised that failure to respond to the

Order to Show Cause may be grounds for default judgment being entered against it, in

which event Optimira will have no trial; and it is further

        ORDERED that Plaintiff English Boiler & Tube, Inc. shall file proof of

service of this Order to Show cause by _____June 25, 2008_____, 2008.

Dated: New York, New York
        June 11, 2008

                                _____
                                John G. Koeltl, U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
ENGLISH BOILER & TUBE, INC.,                     :

                                                            08 Civ. 3605 (JGK)
                                        Plaintiff,        :   ECF Case

        - against -                                      :   **CLERK'S CERTIFICATE**
                                                             **OF DEFAULT**
OPTIMIRA ENERGY, INC.,                           :

                                        Defendant.       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

        I, J. MICHAEL McMAHON, Clerk of the United States District Court for the

Southern District of New York, do hereby certify that this action commenced on April 15, 2008

with the filing of a summons and complaint, a copy of the summons and complaint was served

on defendant on April 16, 2008 by serving registered agent CT Corporation System, Sattie Jairaf,

process inspector, by hand delivery at 111 8th Avenue, New York, New York, and proof of such

service thereof was filed on May 8, 2008.

        I further certify that the docket entries indicate that the defendant has not filed an

answer or otherwise moved with respect to the complaint herein. The default of the defendant

Optimira Energy, Inc. is hereby noted.

Dated: New York, New York
         May 2 7, 2008

                                        **J. MICHAEL McMAHON**
                                        Clerk of the Court


                        By:        _____
                                        Deputy Clerk