UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
ENGLISH BOILER & TUBE, INC.,                :

                                                                        08 Civ. 3605 (JGK)
                      Plaintiff,            :     ECF Case

   - against -                                              :     **STATEMENT OF DAMAGES**

OPTIMIRA ENERGY, INC.,                          :

                      Defendant.       :
---------------------------------X


Principal amount sued for . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $145,000.00

Amount on Breach of Contract Claim . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $45,000.00
Interest at 9 % from October 1, 2007 through June 11, 2008 . . . . . . . . . . . . . . . $2,818.36

Amount on Unjust Enrichment Claim . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $100,000.00
Interest at 9 % from April 15, 2008 through June 11, 2008 . . . . . . . . . . . . . . . $1,405.48

Costs and Disbursements:
Clerk's fee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $350.00


**Total (as of June 11, 2008) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $149,573.84**