John G. McCarthy (JM-2635)
BAINTON McCARTHY LLC
*Attorneys for Plaintiff*
English Boiler & Tube Inc.
26 Broadway, Suite 2400
New York, New York 10004
(212) 480-3500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
ENGLISH BOILER & TUBE, INC.,                :
                                             08 Civ. 3605 (JGK)
            Plaintiff,          :            ECF Case

   - against -                   :           **CERTIFICATE OF SERVICE
                                              OF ORDER TO SHOW CAUSE**
OPTIMIRA ENERGY, INC.,           :

            Defendant.           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

  MICHAEL T. ROUSSEL, pursuant to 28 U.S.C. § 1746, certifies:

  1. I am a legal assistant with the law firm of Bainton McCarthy LLC, attorneys for the plaintiff, am over eighteen years of age and reside in Richmond County, New York.

  2. After service of process in this case, Mr. David Fuselier contacted our firm and identified himself as the Chief Executive Officer of Optimira Energy, Inc.

  3. During e-mail correspondence with our firm, Mr. Fuselier copied Robert L. Mazzeo, Esq., an attorney with the law firm of Mazzeo Song & Bradham LLP.

  4. On June 16, 2008, I served a true and correct copy of the Order to Show Cause for Default Judgment dated June 11, 2008, and the papers on which it was based, via e-mail, return receipt requested, upon Mr. Fuselier (david.fuselier@fuselierco.com) and Mr. Mazzeo (rmazzeo@mazzeosong.com).

5. A true and correct copy of the e-mail and the return receipt confirmations for both Mr. Fuselier and Mr. Mazzeo are attached hereto as Exhibit A.

6. Attached hereto as Exhibit B is an e-mail from Mr. Fuselier replying to and acknowledging receipt of my June 16, 2008 e-mail, and to which Mr. Fuselier copied Mr. Mazzeo and Peter Katzman, who appears to be another attorney at Mr. Mazzeo's firm.

7. On June 16, 2008, I also served true and correct copies of the Order to Show Cause for Default Judgment, and the papers on which it was based, via FedEx Priority Overnight mail and via first-class mail addressed as follows:

>David Fuselier  
>60 East 42nd Street  
>New York, New York 10165  

>Robert L. Mazzeo, Esq.  
>Mazzeo Song & Bradham LLP  
>708 Third Avenue, 19th Floor  
>New York, New York 10017

8. A true and correct copy of the FedEx delivery report for both Mr. Fuselier and Mr. Mazzeo are attached hereto as Exhibits C and D, respectively.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on June 23, 2008.

_/s/ Michael T. Roussel_
Michael T. Roussel

# Michael T. Roussel

| | |
|---|---|
| **From:** | Michael T. Roussel |
| **Sent:** | 2008-06-16 14:17 |
| **To:** | 'david.fuselier@fuselierco.com'; 'rmazzeo@mazzeosong.com' |
| **Cc:** | Mark D. Wessel; John G. McCarthy |
| **Subject:** | English Boiler & Tube, Inc. v. Optimira Energy, Inc. |
| **Importance:** | High |
| **Attachments:** | 2008-06-11 OSC for Default Judgment & JGM Declaration.PDF |

| Tracking: | Recipient | Delivery | Read |
|---|---|---|---|
| | 'david.fuselier@fuselierco.com' | | |
| | 'rmazzeo@mazzeosong.com' | | |
| | Mark D. Wessel | Delivered: 2008-06-16 14:17 | Read: 2008-06-16 14:21 |
| | John G. McCarthy | Delivered: 2008-06-16 14:17 | |

Gentleman:

Attached please find the endorsed Order to Show Cause for Default Judgment.

Michael T. Roussel  
Legal Assistant  
Bainton McCarthy LLC  
26 Broadway, Suite 2400  
New York, New York 10004  
P- 212.480.3500  
F- 212.480.9557  
mroussel@baintonlaw.com

2008-06-16

**Michael T. Roussel**

| | |
|---|---|
| **From:** | David Fuselier [david.fuselier@fuselierco.com] |
| **Sent:** | 2008-06-16 14:34 |
| **Subject:** | Read: English Boiler & Tube, Inc. v. Optimira Energy, Inc. |

Your message was read on Monday, June 16, 2008 2:34:28 PM (GMT-05:00) Eastern Time (US & Canada).

**Michael T. Roussel**

| | |
|---|---|
| **From:** | Robert Mazzeo [RMazzeo@mazzeosong.com] |
| **To:** | Michael T. Roussel |
| **Sent:** | 2008-06-16 14:19 |
| **Subject:** | Read: English Boiler & Tube, Inc. v. Optimira Energy, Inc. |

Your message was read on Monday, June 16, 2008 2:18:50 PM (GMT-05:00) Eastern Time (US & Canada).

## Michael T. Roussel

| | |
|---|---|
| **From:** | David Fuselier [david.fuselier@fuselierco.com] |
| **Sent:** | 2008-06-18 08:42 |
| **To:** | Michael T. Roussel; rmazzeo@mazzeosong.com; Peter Katzman |
| **Cc:** | Mark D. Wessel; John G. McCarthy |
| **Subject:** | RE: English Boiler & Tube, Inc. v. Optimira Energy, Inc. |

Mike, thanks for sending along the Order. I have asked Bob Mazzeo's firm to discuss with you what we should do about it.

Please accept my apology for not communicating with you more on this issue but I have had some pressing family matters in the past two weeks. It was unintentional.

As I mentioned previously, we would seek to settle this amount outside of the courts as it doesn't help in actually paying for the indebtedness.

We look forward to working with you toward resolution.

---

**From:** Michael T. Roussel [mailto:MRoussel@BaintonLaw.com]
**Sent:** Monday, June 16, 2008 2:17 PM
**To:** David Fuselier; 'rmazzeo@mazzeosong.com'
**Cc:** Mark D. Wessel; John G. McCarthy
**Subject:** English Boiler & Tube, Inc. v. Optimira Energy, Inc.
**Importance:** High

Gentleman:

Attached please find the endorsed Order to Show Cause for Default Judgment.

Michael T. Roussel
Legal Assistant
Bainton McCarthy LLC
26 Broadway, Suite 2400
New York, New York 10004
P- 212.480.3500
F- 212.480.9557
mroussel@baintonlaw.com

2008-06-18

**From:** Origin ID: SXYA  (212)480-3500
Michael T. Roussel
Bainton McCarthy LLC
26 Broadway
Suite 2400
New York, NY 10004

FedEx Express

E

CLS05300821/24

SHIP TO: 8667976497    **BILL SENDER**

**David Fuselier**

**60 E 42ND ST**

**NEW YORK, NY 101650006**

Ship Date: 16JUN08
ActWgt: 1 LB
System#: 2302822/INET8061
Account#: S *********

Delivery Address Bar Code

Ref #    English Boiler/ Optimira
Invoice #
PO #
Dept #

TRK# 0201  7993 3995 2211

TUE - 17JUN    A1
**PRIORITY OVERNIGHT**

**ZB JHCA**

10165
NY-US
EWR



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic valueof the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

https://www.fedex.com/shipping/html/en//PrintIFrame.html    6/16/2008



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

June 23, 2008

Dear Customer:

The following is the proof-of-delivery for tracking number **799339952211**.

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | NEW YORK, NY |
| **Signed for by:** | A.MULLER | **Delivery date:** | Jun 18, 2008 09:49 |
| **Service type:** | Priority Envelope | | |



| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 799339952211 | **Ship date:** | Jun 16, 2008 |
| | | **Weight:** | 0.5 lbs. |

**Recipient:**
NEW YORK, NY US

**Shipper:**
New York, NY US

**Reference**

English Boiler/ Optimira

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

**From:** Origin ID: SXYA  (212)480-3500
Michael T. Roussel
Bainton McCarthy LLC
26 Broadway
Suite 2400
New York, NY 10004



SHIP TO: 2125990700       **BILL SENDER**

**Robert L. Mazzeo**
**Mazzeo Song & Bradham LLP**
**708 3RD AVE FL 19**

**NEW YORK, NY 100174201**

Ship Date: 16JUN08
ActWgt: 1 LB
System#: 2302822/INET8061
Account#: S ********

Delivery Address Bar Code

Ref #       English Boiler/ Optimira
Invoice #
PO #
Dept #

TRK# 7910 8743 7986
0201

TUE - 17JUN        A1
**PRIORITY OVERNIGHT**

10017
NY-US
EWR



ZB OGSA



---

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic valueof the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



FedEx Express  
Customer Support Trace  
3875 Airways Boulevard  
Module H, 4th Floor  
Memphis, TN 38116

U.S. Mail: PO Box 727  
Memphis, TN 38194-4643

Telephone: 901-369-3600

June 23, 2008

Dear Customer:

The following is the proof-of-delivery for tracking number **791087437986**.

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | NEW YORK, NY |
| **Signed for by:** | P.KATZMAN | **Delivery date:** | Jun 17, 2008 09:57 |
| **Service type:** | Priority Envelope | | |



| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 791087437986 | **Ship date:** | Jun 16, 2008 |
| | | **Weight:** | 0.5 lbs. |

**Recipient:**  
NEW YORK, NY US

**Shipper:**  
New York, NY US

**Reference**     English Boiler/ Optimira

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service  
1.800.GoFedEx 1.800.463.3339