```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENGLISH BOILER & TUBE, INC.,

      Plaintiffs,

 - against -

OPTIMIRA ENERGY, INC.,

      Defendants.

08 Civ. 3605
(JGK)(DFE)

ORDER

JOHN G. KOELTL, District Judge:

 As stated on the record at the hearing held on June 27, 2008, the plaintiff is entitled to a default judgment. The matter is referred to the Magistrate Judge for an inquest on damages.

SO ORDERED.

Dated: New York, New York
   June 27, 2008

                _____
                John G. Koeltl
             United States District Judge