```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-1-09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------
ENGLISH BOILER & TUBE, INC.,

                Plaintiff,        08 Civ. 3605 (JGK)

     - against -              ORDER

OPTIMIRA ENERGY, INC.,

                Defendant.
-----------------------------------

JOHN G. KOELTL, District Judge:

    The Court has reviewed the Report and Recommendation of Magistrate Judge Eaton dated March 6, 2009 following an inquest on damages after the defendant's default. There have been no objections to the Report and Recommendation and the Court finds that it is well founded and therefore adopts it in its entirety.

    Therefore, the Clerk is directed to enter judgment in favor of the plaintiff and against the defendant in accordance with the Conclusion and Recommendation. The Court notes that the Clerk should include pre-judgment interest as indicated in the Report up to the date that judgment is entered.

    Having entered judgment, the Clerk is also directed to close this case.

SO ORDERED.

Dated:    New York, New York
          March 31, 2009

                                      /s/ John G. Koeltl
                                      John G. Koeltl
                                 United States District Judge